IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE |
| This Document Relates to:<br>Case No. 1:18-cv-2164 | |

## ORDER

Upon consideration of the Plaintiff's Notice of Death and Motion for Substitution of Parties Pursuant to F.R.C.P. 25(a), it is, this 21st day of August, 2019, hereby,

ORDERED, that the Motion is hereby GRANTED, and it is further,

ORDERED, that the original Plaintiff, Brett L. Hammer, be removed from this proceeding and substituted with the Personal Representative of his Estate, Terri Sue Hammer.

_____
HON. CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE